# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| EUGENE C. MOJEKWU | § | Case No. 13-23036 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/02/2013 . The undersigned trustee was appointed on 06/01/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $     8,500.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 574.11 |
   | Bank service fees | 358.26 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 7,567.63 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  01/10/2014  and the deadline for filing governmental claims was  01/10/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,600.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,600.00 , for a total compensation of $ 1,600.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 103.48 , for total expenses of $ 103.48 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/01/2017                   By:/s/Peter N. Metrou, Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 13-23036 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | EUGENE C. MOJEKWU | | | | Date Filed (f) or Converted (c): | 06/02/2013 (f) |
| | | | | | 341(a) Meeting Date: | 07/01/2013 |
| For Period Ending: | 02/01/2017 | | | | Claims Bar Date: | 01/10/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 21414 Old North Church Rd., Frankfort IL | 439,358.00 | 0.00 | | 0.00 | FA |
| 2. Office Condo at 33 W. Jackson, 4th Floor, Chicago, | 450,000.00 | 0.00 | | 0.00 | FA |
| 3. Checking acct. at Old Plank Trail Community Bank 6 | 404.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings Location: 21414 Ol | 2,500.00 | 0.00 | | 0.00 | FA |
| 5. Debtor's clothing Location: 21414 Old North Church | 5,000.00 | 0.00 | | 0.00 | FA |
| 6. Variable Life Insurance Policy with Ameriprise, 70 | 5,700.00 | 0.00 | | 0.00 | FA |
| 7. 401k Location: 21414 Old North Church Rd., Frankfo | 895.00 | 0.00 | | 0.00 | FA |
| 8. 400,500,000 shares of BECO Petroleum Products, PIC | 1,251,562.50 | 0.00 | | 0.00 | FA |
| 9. Mercedes Benz GL 450 Location: 21414 Old North Chu | 24,800.00 | 0.00 | | 0.00 | FA |
| 10. Mercedes Benz S430 2004 (u) | 10,108.00 | 0.00 | | 8,500.00 | FA |
| 11. 580,829,000 share of Stock owned by Matrix in BECO (u) | 1,815,090.63 | 0.00 | | 0.00 | FA |
| 12. Fraudulent/preferential transfer (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 13. Fraudulent/preferential transfer (u) | 0.00 | 0.00 | OA | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $4,005,418.13 | $0.00 | | $8,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Motion to Employ Auctioneer approved by the court on 12/13/2013 see Dkt# 66. Motion to sell vehicle granted 12/13/2013 see Dkt#65. Motion for 2004 Exam approved by the court on 4/4/2014 see Dkt# 81. Special Csl employed for investigation of foreign stock values in Nigera and possible liquidation approved by the court on 11/18/2014 see Dkt# 108. Motion for civil contempt granted in part on 5/8/2015 see Dkt# 122. Adversary filed on 6/1/2015 see Dkt# 125. Motion to Approve Waiver of Discharge approved by the Court on 2/5/2016 see Dkt# 141. Motion to abandon assets of claims in adversaries granted on 4/1/2016 see Dkt# 144.  Claims review and TFR submitted 1-24-2017.

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

| | | | | |
|---|---|---|---|---|
| RE PROP # | 10 | -- | Actually a 2005 | |
| RE PROP # | 12 | -- | Adversary Case Number 15-00362, Ordered Abandon on 4/4/2016, See Dkt # 144. | |
| RE PROP # | 13 | -- | Adversary Case Number 15-00363, Ordered Abandon on 4/4/2016, See Dkt # 144. | |

Exhibit A

Initial Projected Date of Final Report (TFR): 09/30/2014     Current Projected Date of Final Report (TFR): 01/24/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-23036  
Case Name: EUGENE C. MOJEKWU  
Taxpayer ID No: XX-XXX8055  
For Period Ending: 02/01/2017  

Trustee Name: Peter N. Metrou, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX4952  
Checking Account  
Blanket Bond (per case limit): $1,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/25/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $7,917.67 | | $7,917.67 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $7,907.67 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.38 | $7,896.29 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.74 | $7,884.55 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.34 | $7,873.21 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.71 | $7,861.50 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.69 | $7,849.81 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.29 | $7,838.52 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.65 | $7,826.87 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.26 | $7,815.61 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.62 | $7,803.99 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.60 | $7,792.39 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.46 | $7,781.93 |
| 03/19/15 | 5001 | ADAMS LEVINE SURETY BOND AGENCY 60 EAST 42ND STREET, ROOM 965 NEW YORK, NY 10165 | BOND PREMIUM BOND# 10BSBGR6291 | 2300-000 | | $7.55 | $7,774.38 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.57 | $7,762.81 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.17 | $7,751.64 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.52 | $7,740.12 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                Page Subtotals:                $7,917.67      $177.55

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-23036 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | EUGENE C. MOJEKWU | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX4952 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX8055 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 02/01/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.14 | $7,728.98 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.49 | $7,717.49 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.47 | $7,706.02 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.09 | $7,694.93 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.44 | $7,683.49 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.05 | $7,672.44 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.41 | $7,661.03 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.39 | $7,649.64 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.64 | $7,639.00 |
| 03/17/16 | 5002 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101 New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $4.23 | $7,634.77 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.36 | $7,623.41 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.97 | $7,612.44 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.32 | $7,601.12 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.94 | $7,590.18 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.28 | $7,578.90 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*             Page Subtotals:             $0.00             $161.22

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-23036 | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- |
| Case Name: | EUGENE C. MOJEKWU | Bank Name: | Associated Bank |
|  |  | Account Number/CD#: | XXXXXX4952 |
|  |  |  | Checking Account |
| Taxpayer ID No: | XX-XXX8055 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 02/01/2017 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $11.27 | $7,567.63 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | $7,917.67 | $350.04 |
| Less: Bank Transfers/CD's | $7,917.67 | $0.00 |
| Subtotal | $0.00 | $350.04 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $350.04 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*          Page Subtotals:          $0.00          $11.27

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-23036 | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | EUGENE C. MOJEKWU | Bank Name: | Congressional Bank |
| | | Account Number/CD#: | XXXXXX0663 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX8055 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 02/01/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/07/14 | 10 | AMERICAN AUCTION 851 S. Thomas AvenueBridgeview, IL 70455 | Auction of Mercedes | 1229-000 | $8,500.00 | | $8,500.00 |
| 02/06/14 | 1001 | AMERICAN AUCTION 851 S. Thomas AvenueBridgeview, IL 70455 | Auction Fees per 1/31/14 o/c | 3610-000 | | $562.33 | $7,937.67 |
| 02/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $10.00 | $7,927.67 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $10.00 | $7,917.67 |
| 03/25/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | $7,917.67 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $8,500.00 | $8,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $7,917.67 |
| Subtotal | $8,500.00 | $582.33 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,500.00 | $582.33 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*  Page Subtotals: $8,500.00  $8,500.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0663 - Checking Account | $8,500.00 | $582.33 | $0.00 |
| XXXXXX4952 - Checking Account | $0.00 | $350.04 | $7,567.63 |
|  | $8,500.00 | $932.37 | $7,567.63 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,500.00 |
| Total Gross Receipts: | $8,500.00 |

Case 13-23036   Doc 152   Filed 02/02/17   Entered 02/02/17 11:39:11   Desc Main
Document      Page 10 of 18

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-23036-BWB  
Debtor Name: EUGENE C. MOJEKWU  
Claims Bar Date: 1/10/2014  

Date: February 2, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $673.76 | $673.76 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $103.48 | $103.48 |
| 100 3210 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $15,485.00 | $15,485.00 |
| 100 3220 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $782.73 | $782.73 |
| 3 280 5800 | DEPARTMENT OF THE TREASURY<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority<br>Payment Status:<br>Valid To Pay | | $0.00 | $66,135.11 | $66,135.11 |
| 3B 280 5800 | DEPARTMENT OF THE TREASURY<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority<br>Payment Status:<br>Valid To Pay | (3-1) Modified on 10/30/2013 to correct creditor name and address (LTK) | $14,429.57 | $66,135.11 | $66,135.11 |
| 5 280 5800 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority<br>Payment Status:<br>Invalid | | $0.00 | $31,749.99 | $31,749.99 |
| 5A 280 5800 | ILLINOIS DEPARTMENT OF REVENUE BANK<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority<br>Payment Status:<br>Valid To Pay | | $26,150.76 | $31,749.99 | $31,749.99 |
| 6 280 5800 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority<br>Payment Status:<br>Invalid | | $0.00 | $16,571.57 | $16,571.57 |

Page 1                                Printed: February 2, 2017

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-23036-BWB  
Debtor Name: EUGENE C. MOJEKWU  
Claims Bar Date: 1/10/2014  

Date: February 2, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6A 280 5800 | ILLINOIS DEPARTMENT OF REVENUE BANK<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority<br>Payment Status:<br>Valid To Pay | | $0.00 | $16,571.57 | $16,571.57 |
| 10 280 5800 | IL DEPT OF HEALTHCARE AND FAMILY SE<br>Services/MRU<br>P O Box 19405<br>Springfield, IL 62794-9405 | Priority<br>Payment Status:<br>Valid To Pay | (10-1) Child Support Arrears | $3,410.00 | $20,864.84 | $20,864.84 |
| 10 280 5800 | IL DEPT OF HEALTHCARE AND FAMILY SERVICES/MRU<br>P O BOX 19405<br>SPRINGFIELD, IL 62794-9405 | Priority<br>Payment Status:<br>Invalid | | $0.00 | $20,864.84 | $20,864.84 |
| 17 280 5800 | DEPARTMENT OF THE TREASURY<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority<br>Payment Status:<br>Valid To Pay | | $0.00 | $349,355.25 | $349,355.25 |
| 1 300 7100 | ADVANTA BANK CORPORATION<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured<br>Payment Status:<br>Valid To Pay | | $5,027.00 | $3,857.62 | $3,857.62 |
| 1 300 7100 | ADVANTA BANK CORPORATION<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured<br>Payment Status:<br>Invalid | | $0.00 | $3,857.62 | $3,857.62 |
| 2 300 7100 | KRYGIER INVESTMENTS LLC<br>c/o CFS II Inc<br>2488 E 81st Street, Suite 500<br>Tulsa, Oklahoma 74137-4214 | Unsecured<br>Payment Status:<br>Valid To Pay | (2-1) US Bank Visa Credit Card--0011 | $0.00 | $12,706.23 | $12,706.23 |
| 2 300 7100 | KRYGIER INVESTMENTS LLC<br>c/o CFS II Inc<br>2488 E 81st Street, Suite 500<br>Tulsa, Oklahoma 74137-4214 | Unsecured<br>Payment Status:<br>Invalid | | $0.00 | $12,706.23 | $12,706.23 |
| 4 300 7100 | RJM ACQUISITIONS FUNDING LLC<br>575 Underhill Blvd<br>Suite 224<br>Syosset, NY 11791 | Unsecured<br>Payment Status:<br>Invalid | | $0.00 | $2,876.80 | $2,876.80 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-23036-BWB  
Debtor Name: EUGENE C. MOJEKWU  
Claims Bar Date: 1/10/2014  

Date: February 2, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4 300 7100 | RJM ACQUISITIONS FUNDING LLC<br>575 Underhill Blvd<br>Suite 224<br>Syosset, NY 11791 | Unsecured<br>Payment Status:<br>Valid To Pay | (4-1) CREDIT CARD PURCHASES | $0.00 | $2,876.80 | $2,876.80 |
| 7 300 7100 | ECAST SETTLEMENT CORPORATION, ASSIG<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured<br>Payment Status:<br>Valid To Pay | (7-1) CREDIT CARD DEBT | $20,452.00 | $20,452.34 | $20,452.34 |
| 7 300 7100 | ECAST SETTLEMENT CORPORATION, ASSIGNEE OF CHASE BANK USA, N.A.<br>POB 29262<br>NEW YORK, NY 10087-9262 | Unsecured<br>Payment Status:<br>Invalid | | $0.00 | $20,452.34 | $20,452.34 |
| 8 300 7100 | LVNV FUNDING, LLC ITS SUCCESSORS AN<br>assigns as<br>assignee of NCO Portfolio Management<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $886.61 | $886.61 |
| 8 300 7100 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS<br>ASSIGNEE OF NCO PORTFOLIO MANAGEMENT<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Unsecured<br>Payment Status:<br>Invalid | | $0.00 | $886.61 | $886.61 |
| 9 300 7100 | LVNV FUNDING, LLC ITS SUCCESSORS AN<br>assigns as<br>assignee of NCO Portfolio Management<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,001.45 | $1,001.45 |
| 9 300 7100 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS<br>ASSIGNEE OF NCO PORTFOLIO MANAGEMENT<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Unsecured<br>Payment Status:<br>Invalid | | $0.00 | $1,001.45 | $1,001.45 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-23036-BWB  
Debtor Name: EUGENE C. MOJEKWU  
Claims Bar Date: 1/10/2014  

Date: February 2, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 16 300 7100 | OPTIONS LAW GROUP, P.C. 123 WEST MADISON, SUITE 1400 CHICAGO, ILLINOIS 60602 | Unsecured Payment Status: Invalid | | $0.00 | $16,250.00 | $16,250.00 |
| 16 300 7100 | OPTIONS LAW GROUP, P.C. 123 WEST MADISON, SUITE 1400 CHICAGO, ILLINOIS 60602 | Unsecured Payment Status: Valid To Pay | (16-1) Legal representation pursuant to citation to discover assets | $0.00 | $16,250.00 | $16,250.00 |
| 3 400 4110 | DEPARTMENT OF THE TREASURY Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Secured Payment Status: Valid To Pay | | $0.00 | $1,352,685.19 | $1,352,685.19 |
| 3A 400 4110 | DEPARTMENT OF THE TREASURY Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Secured Payment Status: Valid To Pay | (3-1) Modified on 10/30/2013 to correct creditor name and address (LTK) | $192,498.00 | $1,309,138.78 | $1,309,138.78 |
| 11 400 4110 | NORTH COMMUNITY BANK/ARCHER BANK c/o M. Leslie Kite & Associates, P.C. 208 S. LaSalle St., Ste. 1750 Chicago, IL 60604-1170 | Secured Payment Status: Valid To Pay | (11-1) <b>Modified to correct creditor's address (Modified on 1/10/2014)cm</b> | $617,110.37 | $628,770.33 | $628,770.33 |
| 11 400 4110 | NORTH COMMUNITY BANK/ARCHER BANK c/o M. Leslie Kite & Associates, P.C. 208 S. LaSalle St., Ste. 1750 Chicago, IL 60604-1170 | Secured Payment Status: Invalid | | $0.00 | $628,770.33 | $628,770.33 |
| 12 400 4110 | NORTH COMMUNITY BANK/ARCHER BANK c/o M. Leslie Kite & Associates, P.C. 208 S. LaSalle St., Ste. 1750 Chicago, IL 60604-1170 | Secured Payment Status: Invalid | | $0.00 | $136,742.51 | $136,742.51 |
| 12 400 4110 | NORTH COMMUNITY BANK/ARCHER BANK c/o M. Leslie Kite & Associates, P.C. 208 S. LaSalle St., Ste. 1750 Chicago, IL 60604-1170 | Secured Payment Status: Valid To Pay | | $0.00 | $136,742.51 | $136,742.51 |
| 13 400 4110 | NORTH COMMUNITY BANK/ARCHER BANK c/o M. Leslie Kite & Associates, P.C. 208 S. LaSalle St., Ste. 1750 Chicago, IL 60604-1170 | Secured Payment Status: Valid To Pay | | $0.00 | $70,600.99 | $70,600.99 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-23036-BWB                                                                                              Date: February 2, 2017
Debtor Name: EUGENE C. MOJEKWU
Claims Bar Date: 1/10/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 13 400 4110 | NORTH COMMUNITY BANK/ARCHER BANK c/o M. Leslie Kite & Associates, P.C. 208 S. LaSalle St., Ste. 1750 Chicago, IL 60604-1170 | Secured Payment Status: Invalid | | $0.00 | $70,600.99 | $70,600.99 |
| 14 400 4110 | FIRST UNITED BANK Old Plant Trail Community Bank as Assignee C/o Ryan Potts 230 W. Monroe Street, Ste 230 Chicago, IL 60606 | Secured Payment Status: Invalid | | $0.00 | $199,425.00 | $199,425.00 |
| 14 400 4110 | FIRST UNITED BANK Old Plant Trail Community Bank as Assignee C/o Ryan Potts 230 W. Monroe Street, Ste 230 Chicago, IL 60606 | Secured Payment Status: Valid To Pay | (14-1) Mortgage, Judgment and Credit Agreement (14-1) Old Plank Trail Community Bank as assignee of First United Bank - Modified to correct creditor name (modified on 1/13/14) | $0.00 | $199,425.00 | $199,425.00 |
| 15 400 4110 | FIRST UNITED BANK Old Plant Trail Community Bank as Assignee C/o Ryan Potts 230 W. Monroe Street, Ste 230 Chicago, IL 60606 | Secured Payment Status: Invalid | | $0.00 | $343,495.13 | $343,495.13 |
| 15 400 4110 | FIRST UNITED BANK Old Plant Trail Community Bank as Assignee C/o Ryan Potts 230 W. Monroe Street, Ste 230 Chicago, IL 60606 | Secured Payment Status: Valid To Pay | (15-1) Mortgage, Note (15-1) Old Plank Trail Community Bank as assignee of First United Bank | $655,000.00 | $343,495.13 | $343,495.13 |
| BOND 999 2300 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101 New York, NY 10017 | Administrative Payment Status: Valid To Pay | Extended Check Description Notes from conversion: Bond Number 10BSBGR6291 | $0.00 | $4.23 | $4.23 |
| | Case Totals | | | $1,534,077.70 | $6,173,001.46 | $6,173,001.46 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-23036
Case Name: EUGENE C. MOJEKWU
Trustee Name: Peter N. Metrou, Trustee

Balance on hand $ 7,567.63

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 11 | NORTH COMMUNITY BANK/ARCHER BANK | $ 628,770.33 | $ 628,770.33 | $ 0.00 | $ 0.00 |
| 12 | NORTH COMMUNITY BANK/ARCHER BANK | $ 136,742.51 | $ 136,742.51 | $ 0.00 | $ 0.00 |
| 13 | NORTH COMMUNITY BANK/ARCHER BANK | $ 70,600.99 | $ 70,600.99 | $ 0.00 | $ 0.00 |
| 14 | FIRST UNITED BANK | $ 199,425.00 | $ 199,425.00 | $ 0.00 | $ 0.00 |
| 15 | FIRST UNITED BANK | $ 343,495.13 | $ 343,495.13 | $ 0.00 | $ 0.00 |
| 3 | DEPARTMENT OF THE TREASURY | $ 1,352,685.19 | $ 1,352,685.19 | $ 0.00 | $ 0.00 |
| 3A | DEPARTMENT OF THE TREASURY | $ 1,309,138.78 | $ 1,309,138.78 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 7,567.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou | $ 1,600.00 | $ 0.00 | $ 673.76 |
| Trustee Expenses: Peter N. Metrou | $ 103.48 | $ 0.00 | $ 43.58 |
| Attorney for Trustee Fees: FactorLaw | $ 15,485.00 | $ 0.00 | $ 6,520.68 |
| Attorney for Trustee Expenses: FactorLaw | $ 782.73 | $ 0.00 | $ 329.61 |
| Other: ARTHUR B. LEVINE COMPANY | $ 4.23 | $ 4.23 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $         7,567.63

Remaining Balance                                           $             0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 550,811.87 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3 | DEPARTMENT OF THE TREASURY | $ 66,135.11 | $ 0.00 | $ 0.00 |
| 3B | DEPARTMENT OF THE TREASURY | $ 66,135.11 | $ 0.00 | $ 0.00 |
| 5A | ILLINOIS DEPARTMENT OF REVENUE BANK | $ 31,749.99 | $ 0.00 | $ 0.00 |
| 6A | ILLINOIS DEPARTMENT OF REVENUE BANK | $ 16,571.57 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | IL DEPT OF HEALTHCARE AND FAMILY SE | $ 20,864.84 | $ 0.00 | $ 0.00 |
| 17 | DEPARTMENT OF THE TREASURY | $ 349,355.25 | $ 0.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid to priority creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 58,031.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ADVANTA BANK CORPORATION | $ 3,857.62 | $ 0.00 | $ 0.00 |
| 2 | KRYGIER INVESTMENTS LLC | $ 12,706.23 | $ 0.00 | $ 0.00 |
| 4 | RJM ACQUISITIONS FUNDING LLC | $ 2,876.80 | $ 0.00 | $ 0.00 |
| 7 | ECAST SETTLEMENT CORPORATION, ASSIG | $ 20,452.34 | $ 0.00 | $ 0.00 |
| 8 | LVNV FUNDING, LLC ITS SUCCESSORS AN | $ 886.61 | $ 0.00 | $ 0.00 |
| 9 | LVNV FUNDING, LLC ITS SUCCESSORS AN | $ 1,001.45 | $ 0.00 | $ 0.00 |
| 16 | OPTIONS LAW GROUP, P.C. | $ 16,250.00 | $ 0.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE