**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| MOJEKWU, EUGENE C. | ) | CASE NO. 13-23036 |
| | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

**NOTICE OF MOTION**

To:   See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR
NOTICE OF TRUSTEE'S FINAL REPORT**

**PROOF OF SERVICE**

    I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 2nd day of February, 2017, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                         */s/ Peter N. Metrou*
                                         **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

Old Plank Trail Community Bank
20012 S. Wolf Road
Mokena, IL 60448-9953

Advanta Bk
Welsh and McKean Roads
Po Box 844
Spring House, PA 19477-0844

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Cfs Ii Inc
2488 E 81st St Ste 500
Tulsa, OK 74137-4214

Citi-bp Oil
Po Box 6497
Sioux Falls, SD 57117-6497

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040-8999

GECRB/ Old Navy
Attention: GEMB
Po Box 103104
Roswell, GA 30076-9104

HSBC/Menards
Attn: Bankruptcy
Pob 5263
Carol Stream, IL 60197-5263

Hsbc/saks
140 W Industrial Dr
Elmhurst, IL 60126-1602

Green Planet Servicing, LLC
10 Research Parkway, Ste. 2
Wallingford, CT 06492-1963

Archer Bank
4970 South Archer
Chicago, IL 60632-3623

Cap1/bstby
Po Box 30253
Salt Lake City, UT 84130-0253

Chase
Po Box 15298
Wilmington, DE 19850-5298

CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

First National Bank Credit Card
Center
Attention: Bankruptcy Department
1620 Dodge St. Stop Code: 3105
Omaha, NE 68197-0003

Gemb/banarepdc
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Hsbc/bstby
Po Box 30253
Salt Lake City, UT 84130-0253

Hsbc/wicks
Bankruptcy Correspondence/Card
Services
Po Box 5264
Carol Stream, IL 60197-5264

JPMorgan Chase Bank, N.A.
AZ1-1191
201 N. Central Ave.
Phoenix, AZ 85004-0073

Advanta Bank Corporation
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Archer Bank, c/o M. Leslie Kite &
Associates, P.C.,
208 S. LaSalle St., Ste. 1750
Chicago, IL 60604-1170

Cds/collection Agency/Escalate
Attention: Bankruptcy
5200 Stoneham Rd
North Canton, OH 44720-1584

Chase Auto
Attn:National Bankruptcy Dept
Po Box 29505
Phoenix, AZ 85038-9505

First United Bank
700 Exchange
Crete, IL 60417-2005

Greenplanet
10 Research Parkway Ste 2
Wallingford, CT 06492-1963

IRS Centralized Insolvency Opns
P.O. Box 2116
Philadelphia, PA 19103-0116

Illinois Child Suppo
Hfs/Attn: Bankruptcy/Mail Drop:
509-4-42
509 S 6th St.
Springfield, IL 62701-1809

Ist Unitd Bk
700 Exchange
Crete, IL 60417-2005

Mcsi Inc
Po Box 327
Palos Heights, IL 60463-0327

Rjm Acquisitions Funding Llc
575 Underhill Blvd, Suite 224
Syosset, NY 11791-4437

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Illinois Department of Revenue
Bankruptcy Se
P.O. Box 64338
Chicago, Illinois 60664-0338

Krygier Investments LLC
c/o CFS II Inc
2488 E 81st Street, Suite 500
Tulsa, Oklahoma 74137-4214

National Credit Adjust
Po Box 3023
Hutchinson, KS 67504-3023

Rnb-fields3/Macy's
Macy's Bankruptcy Department
Po Box 8053
Mason, OH 45040-8053

Weisfield Jewelers/Sterling
Jewelers Inc
Attn: Bankruptcy
Po Box 3680
Akron, OH 44309-3680

Mb Fin Svcs
2050 Roanoke Rd
Westlake, TX 76262-9616

Old Plank Bank
700 Exchange
Crete, IL 60417-2005

SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

eCAST Settlement Corporation,
assignee
of Chase Bank USA, N.A.
POB 29262
New York, NY 10087-9262

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| EUGENE C. MOJEKWU | § | Case No. 13-23036 |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        219 S. Dearborn Street
        Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on March 3, 2017 in
        Joliet City Hall
        150 West Jefferson, 2nd Floor
        Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/02/2017                    By: /s/ Peter N. Metrou
                                                Chapter 7 Trustee


*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:   §
         §
         §
EUGENE C. MOJEKWU   §   Case No. 13-23036
         §
         §
   Debtor   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 8,500.00 |
| and approved disbursements of | $ 932.37 |
| leaving a balance on hand of[1] | $ 7,567.63 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 11 | NORTH COMMUNITY BANK/ARCHER BANK | $ 628,770.33 | $ 628,770.33 | $ 0.00 | $ 0.00 |
| 12 | NORTH COMMUNITY BANK/ARCHER BANK | $ 136,742.51 | $ 136,742.51 | $ 0.00 | $ 0.00 |
| 13 | NORTH COMMUNITY BANK/ARCHER BANK | $ 70,600.99 | $ 70,600.99 | $ 0.00 | $ 0.00 |
| 14 | FIRST UNITED BANK | $ 199,425.00 | $ 199,425.00 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 15 | FIRST UNITED BANK | $ 343,495.13 | $ 343,495.13 | $ 0.00 | $ 0.00 |
| 3 | DEPARTMENT OF THE TREASURY | $ 1,352,685.19 | $ 1,352,685.19 | $ 0.00 | $ 0.00 |
| 3A | DEPARTMENT OF THE TREASURY | $ 1,309,138.78 | $ 1,309,138.78 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors  $ 0.00

Remaining Balance  $ 7,567.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 1,600.00 | $ 0.00 | $ 673.76 |
| Trustee Expenses: Peter N. Metrou | $ 103.48 | $ 0.00 | $ 43.58 |
| Attorney for Trustee Fees: FactorLaw | $ 15,485.00 | $ 0.00 | $ 6,520.68 |
| Attorney for Trustee Expenses: FactorLaw | $ 782.73 | $ 0.00 | $ 329.61 |
| Other: ARTHUR B. LEVINE COMPANY | $ 4.23 | $ 4.23 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses  $ 7,567.63

Remaining Balance  $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 550,811.87 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | DEPARTMENT OF THE TREASURY | $ 66,135.11 | $ 0.00 | $ 0.00 |
| 3B | DEPARTMENT OF THE TREASURY | $ 66,135.11 | $ 0.00 | $ 0.00 |
| 5A | ILLINOIS DEPARTMENT OF REVENUE BANK | $ 31,749.99 | $ 0.00 | $ 0.00 |
| 6A | ILLINOIS DEPARTMENT OF REVENUE BANK | $ 16,571.57 | $ 0.00 | $ 0.00 |
| 10 | IL DEPT OF HEALTHCARE AND FAMILY SE | $ 20,864.84 | $ 0.00 | $ 0.00 |
| 17 | DEPARTMENT OF THE TREASURY | $ 349,355.25 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors         $         0.00

Remaining Balance         $         0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 58,031.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ADVANTA BANK CORPORATION | $ 3,857.62 | $ 0.00 | $ 0.00 |
| 2 | KRYGIER INVESTMENTS LLC | $ 12,706.23 | $ 0.00 | $ 0.00 |
| 4 | RJM ACQUISITIONS FUNDING LLC | $ 2,876.80 | $ 0.00 | $ 0.00 |
| 7 | ECAST SETTLEMENT CORPORATION, ASSIG | $ 20,452.34 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | LVNV FUNDING, LLC ITS SUCCESSORS AN | $ 886.61 | $ 0.00 | $ 0.00 |
| 9 | LVNV FUNDING, LLC ITS SUCCESSORS AN | $ 1,001.45 | $ 0.00 | $ 0.00 |
| 16 | OPTIONS LAW GROUP, P.C. | $ 16,250.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 5)*