# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| EUGENE C. MOJEKWU | § | Case No. 13-23036 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 3,985,415.13   Assets Exempt: 9,895.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 0.00   Claims Discharged
                                         Without Payment:  1,857,160.92

Total Expenses of Administration: 8,500.00

---

3) Total gross receipts of $ 8,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 8,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 2,288,047.37 | $ 4,040,857.93 | $ 4,040,857.93 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 18,903.58 | 18,903.58 | 8,500.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 43,990.33 | 550,811.87 | 550,811.87 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 450,358.00 | 58,031.05 | 58,031.05 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 2,782,395.70 | $ 4,668,604.43 | $ 4,668,604.43 | $ 8,500.00 |

    4) This case was originally filed under chapter 7 on 06/02/2013 . The case was pending for 47 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/10/2017           By:/s/Peter N. Metrou, Trustee
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Mercedes Benz S430 2004 | 1229-000 | 8,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 8,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Auto Attn:National Bankruptcy Dept Po Box 29505 Phoenix, AZ 85038 | | 16,335.00 | NA | NA | 0.00 |
| | First United Bank 700 Exchange Crete, IL 60417 | | 191,963.00 | NA | NA | 0.00 |
| | First United Bank 700 Exchange Crete, IL 60417 | | 312,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Greenplanet 10 Research Parkway Ste 2 Wallingford, CT 06492 | | 303,141.00 | NA | NA | 0.00 |
| 3 | DEPARTMENT OF THE TREASURY | 4110-000 | NA | 1,352,685.19 | 1,352,685.19 | 0.00 |
| 3A | DEPARTMENT OF THE TREASURY | 4110-000 | 192,498.00 | 1,309,138.78 | 1,309,138.78 | 0.00 |
| 14 | FIRST UNITED BANK | 4110-000 | NA | 199,425.00 | 199,425.00 | 0.00 |
| 15 | FIRST UNITED BANK | 4110-000 | 655,000.00 | 343,495.13 | 343,495.13 | 0.00 |
| 11 | NORTH COMMUNITY BANK/ARCHER BANK | 4110-000 | 617,110.37 | 628,770.33 | 628,770.33 | 0.00 |
| 12 | NORTH COMMUNITY BANK/ARCHER BANK | 4110-000 | NA | 136,742.51 | 136,742.51 | 0.00 |
| 13 | NORTH COMMUNITY BANK/ARCHER BANK | 4110-000 | NA | 70,600.99 | 70,600.99 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 2,288,047.37 | $ 4,040,857.93 | $ 4,040,857.93 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 1,600.00 | 1,600.00 | 673.76 |
| Peter N. Metrou | 2200-000 | NA | 103.48 | 103.48 | 43.58 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ADAMS LEVINE | 2300-000 | NA | 7.55 | 7.55 | 7.55 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 4.23 | 4.23 | 4.23 |
| Associated Bank | 2600-000 | NA | 338.26 | 338.26 | 338.26 |
| CONGRESSIONAL BANK | 2600-000 | NA | 20.00 | 20.00 | 20.00 |
| FactorLaw | 3210-000 | NA | 15,485.00 | 15,485.00 | 6,520.68 |
| FactorLaw | 3220-000 | NA | 782.73 | 782.73 | 329.61 |
| AMERICAN AUCTION | 3610-000 | NA | 562.33 | 562.33 | 562.33 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 18,903.58 | $ 18,903.58 | $ 8,500.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 | DEPARTMENT OF THE TREASURY | 5800-000 | NA | 349,355.25 | 349,355.25 | 0.00 |
| 3 | DEPARTMENT OF THE TREASURY | 5800-000 | NA | 66,135.11 | 66,135.11 | 0.00 |
| 3B | DEPARTMENT OF THE TREASURY | 5800-000 | 14,429.57 | 66,135.11 | 66,135.11 | 0.00 |
| 10 | IL DEPT OF HEALTHCARE AND FAMILY SE | 5800-000 | 3,410.00 | 20,864.84 | 20,864.84 | 0.00 |
| 5A | ILLINOIS DEPARTMENT OF REVENUE BANK | 5800-000 | 26,150.76 | 31,749.99 | 31,749.99 | 0.00 |
| 6A | ILLINOIS DEPARTMENT OF REVENUE BANK | 5800-000 | NA | 16,571.57 | 16,571.57 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 43,990.33 | $ 550,811.87 | $ 550,811.87 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Archer Bank 4970 South Archer Chicago, IL 60632 | | 316,177.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 58,725.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap1/bstby Po Box 30253 Salt Lake City, UT 84130 | | 683.00 | NA | NA | 0.00 |
| | Cfs Ii Inc 2488 E 81st St Ste 500 Tulsa, OK 74137 | | 12,706.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 19,193.00 | NA | NA | 0.00 |
| | First National Bank Credit Card Center Attention: Bankruptcy Department 1620 Dodge St. Stop Code: 3105 Omaha, NE 68197 | | 14,946.00 | NA | NA | 0.00 |
| | First United Bank 700 Exchange Crete, IL 60417 | | 0.00 | NA | NA | 0.00 |
| | First United Bank 700 Exchange Crete, IL 60417 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/neimn Po Box 5253 Carol Stream, IL 60197 | | 770.00 | NA | NA | 0.00 |
| | Mcsi Inc Po Box 327 Palos Heights, IL 60463 | | 750.00 | NA | NA | 0.00 |
| | National Credit Adjust Po Box 3023 Hutchinson, KS 67504 | | 929.00 | NA | NA | 0.00 |
| 1 | ADVANTA BANK CORPORATION | 7100-000 | 5,027.00 | 3,857.62 | 3,857.62 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | 20,452.00 | 20,452.34 | 20,452.34 | 0.00 |
| 2 | KRYGIER INVESTMENTS LLC | 7100-000 | 0.00 | 12,706.23 | 12,706.23 | 0.00 |
| 8 | LVNV FUNDING, LLC ITS SUCCESSORS AN | 7100-000 | NA | 886.61 | 886.61 | 0.00 |
| 9 | LVNV FUNDING, LLC ITS SUCCESSORS AN | 7100-000 | NA | 1,001.45 | 1,001.45 | 0.00 |
| 16 | OPTIONS LAW GROUP, P.C. | 7100-000 | NA | 16,250.00 | 16,250.00 | 0.00 |
| 4 | RJM ACQUISITIONS FUNDING LLC | 7100-000 | NA | 2,876.80 | 2,876.80 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 450,358.00 | $ 58,031.05 | $ 58,031.05 | $ 0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 13-23036 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | EUGENE C. MOJEKWU | | | | Date Filed (f) or Converted (c): | 06/02/2013 (f) |
| | | | | | 341(a) Meeting Date: | 07/01/2013 |
| For Period Ending: | 04/10/2017 | | | | Claims Bar Date: | 01/10/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 21414 Old North Church Rd., Frankfort IL | 439,358.00 | 0.00 | | 0.00 | FA |
| 2. Office Condo at 33 W. Jackson, 4th Floor, Chicago, | 450,000.00 | 0.00 | | 0.00 | FA |
| 3. Checking acct. at Old Plank Trail Community Bank 6 | 404.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings Location: 21414 Ol | 2,500.00 | 0.00 | | 0.00 | FA |
| 5. Debtor's clothing Location: 21414 Old North Church | 5,000.00 | 0.00 | | 0.00 | FA |
| 6. Variable Life Insurance Policy with Ameriprise, 70 | 5,700.00 | 0.00 | | 0.00 | FA |
| 7. 401k Location: 21414 Old North Church Rd., Frankfo | 895.00 | 0.00 | | 0.00 | FA |
| 8. 400,500,000 shares of BECO Petroleum Products, PIC | 1,251,562.50 | 0.00 | | 0.00 | FA |
| 9. Mercedes Benz GL 450 Location: 21414 Old North Chu | 24,800.00 | 0.00 | | 0.00 | FA |
| 10. Mercedes Benz S430 2004 (u) | 10,108.00 | 0.00 | | 8,500.00 | FA |
| 11. 580,829,000 share of Stock owned by Matrix in BECO (u) | 1,815,090.63 | 0.00 | | 0.00 | FA |
| 12. Fraudulent/preferential transfer (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 13. Fraudulent/preferential transfer (u) | 0.00 | 0.00 | OA | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $4,005,418.13 | $0.00 | | $8,500.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Motion to Employ Auctioneer approved by the court on 12/13/2013 see Dkt# 66. Motion to sell vehicle granted 12/13/2013 see Dkt#65. Motion for 2004 Exam approved by the court on 4/4/2014 see Dkt# 81. Special Csl employed for investigation of foreign stock values in Nigeria and possible liquidation approved by the court on 11/18/2014 see Dkt# 108. Motion for civil contempt granted in part on 5/8/2015 see Dkt# 122. Adversary filed on 6/1/2015 see Dkt# 125. Motion to Approve Waiver of Discharge approved by the Court on 2/5/2016 see Dkt# 141. Motion to abandon assets of claims in adversaries granted on 4/1/2016 see Dkt# 144. Claims review and TFR submitted 1-24-2017.

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

| RE PROP # | 10 | -- | Actually a 2005 |
| RE PROP # | 12 | -- | Adversary Case Number 15-00362, Ordered Abandon on 4/4/2016, See Dkt # 144. |
| RE PROP # | 13 | -- | Adversary Case Number 15-00363, Ordered Abandon on 4/4/2016, See Dkt # 144. |

Exhibit 8

Initial Projected Date of Final Report (TFR): 09/30/2014      Current Projected Date of Final Report (TFR): 01/24/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-23036 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: EUGENE C. MOJEKWU | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX4952 |
| | Checking Account |
| Taxpayer ID No: XX-XXX8055 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 04/10/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/25/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $7,917.67 | | $7,917.67 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $7,907.67 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.38 | $7,896.29 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.74 | $7,884.55 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.34 | $7,873.21 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.71 | $7,861.50 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.69 | $7,849.81 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.29 | $7,838.52 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.65 | $7,826.87 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.26 | $7,815.61 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.62 | $7,803.99 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.60 | $7,792.39 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.46 | $7,781.93 |
| 03/19/15 | 5001 | ADAMS LEVINE SURETY BOND AGENCY60 EAST 42ND STREET, ROOM 965NEW YORK, NY 10165 | BOND PREMIUM BOND# 10BSBGR6291 | 2300-000 | | $7.55 | $7,774.38 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.57 | $7,762.81 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.17 | $7,751.64 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.52 | $7,740.12 |
| | | | Page Subtotals: | | $7,917.67 | $177.55 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-23036 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: EUGENE C. MOJEKWU | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX4952 |
| | Checking Account |
| Taxpayer ID No: XX-XXX8055 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 04/10/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.14 | $7,728.98 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.49 | $7,717.49 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.47 | $7,706.02 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.09 | $7,694.93 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.44 | $7,683.49 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.05 | $7,672.44 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.41 | $7,661.03 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.39 | $7,649.64 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.64 | $7,639.00 |
| 03/17/16 | 5002 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101 New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $4.23 | $7,634.77 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.36 | $7,623.41 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.97 | $7,612.44 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.32 | $7,601.12 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.94 | $7,590.18 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.28 | $7,578.90 |

Page Subtotals: $0.00   $161.22

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-23036
Case Name: EUGENE C. MOJEKWU
Taxpayer ID No: XX-XXX8055
For Period Ending: 04/10/2017

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX4952
Checking Account
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.27 | $7,567.63 |
| 03/06/17 | 5003 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Distribution | | | $717.34 | $6,850.29 |
| | | Peter N. Metrou | Final distribution representing a payment of 42.11 % per court order.  ($673.76) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 42.11 % per court order.  ($43.58) | 2200-000 | | | |
| 03/06/17 | 5004 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Distribution | | | $6,850.29 | $0.00 |
| | | FactorLaw | Final distribution representing a payment of 42.11 % per court order.  ($6,520.68) | 3210-000 | | | |
| | | FactorLaw | Final distribution representing a payment of 42.11 % per court order.  ($329.61) | 3220-000 | | | |

|  | COLUMN TOTALS | $7,917.67 | $7,917.67 |
|---|---|---|---|
|  | Less: Bank Transfers/CD's | $7,917.67 | $0.00 |
|  | Subtotal | $0.00 | $7,917.67 |
|  | Less: Payments to Debtors | $0.00 | $0.00 |
|  | Net | $0.00 | $7,917.67 |

Page Subtotals: $0.00  $7,578.90

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-23036
Case Name: EUGENE C. MOJEKWU
Taxpayer ID No: XX-XXX8055
For Period Ending: 04/10/2017

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Congressional Bank
Account Number/CD#: XXXXXX0663
Checking Account
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/07/14 | 10 | AMERICAN AUCTION 851 S. Thomas AvenueBridgeview, IL 70455 | Auction of Mercedes | 1229-000 | $8,500.00 | | $8,500.00 |
| 02/06/14 | 1001 | AMERICAN AUCTION 851 S. Thomas AvenueBridgeview, IL 70455 | Auction Fees per 1/31/14 o/c | 3610-000 | | $562.33 | $7,937.67 |
| 02/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $10.00 | $7,927.67 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $10.00 | $7,917.67 |
| 03/25/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | $7,917.67 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $8,500.00 | $8,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $7,917.67 |
| Subtotal | $8,500.00 | $582.33 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,500.00 | $582.33 |

Page Subtotals: $8,500.00   $8,500.00

UST Form 101-7-TDR (10/1/2010) (Page: 14)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0663 - Checking Account | $8,500.00 | $582.33 | $0.00 |
| XXXXXX4952 - Checking Account | $0.00 | $7,917.67 | $0.00 |
|  | $8,500.00 | $8,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $8,500.00 |
| Total Gross Receipts: | $8,500.00 |